**FEDERAL–MOGUL CORPORATION, Plaintiff and Plaintiff–Intervenor,**

**The Torrington Company, Plaintiff and Plaintiff–Intervenor,**

v.

**UNITED STATES, Defendant,**

**NTN Bearing Corporation of America, American NTN Bearing Manufacturing Corporation and NTN Corporation; Koyo Seiko Co., Ltd. and Koyo Corporation of U.S.A.; Peer Bearing Company; NSK Ltd. and NSK Corporation; Caterpillar, Inc.; Minebea Co., Ltd. and NMB Corporation, Defendants–Intervenors.**

Court No. 91–07–00530.

United States Court of International Trade.

Sept. 3, 1993.

### ORDER

TSOUCALAS, Judge.

This case having been remanded to the Department of Commerce, International

Trade Administration ("ITA"), pursuant to *Federal–Mogul Corp. v. United States,* 17 CIT ——, 822 F.Supp. 782 (1993), and the remand results having been filed with this Court on June 30, 1993 and an amendment to the remand results having been filed on August 6, 1993; it is hereby

**ORDERED** that the remand results filed with this Court on June 30, 1993 as amended on August 6, 1993 are hereby affirmed.